

**FILED & ENTERED**

**OCT 05 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Yolanda Aguilar<br><br>Debtor(s). | Case No.: 1:16-bk-12531-MT<br><br>CHAPTER 13<br><br>**ORDER SETTING HEARING ON DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL**<br><br>Date:        October 25, 2016<br>Time:       11:00 a.m.<br>Courtroom: 302 |

Having considered the Request for Voluntary Dismissal of Chapter 13 Case, filed by Debtor Yolanda Aguilar, and for good cause appearing therefor,

**IT IS HEREBY ORDERED** that a hearing on the Request for Voluntary Dismissal shall be held on October 25, 2016, at 11:00 a.m. in courtroom 302 of the United States Bankruptcy Court, Central District of California, San Fernando Valley Division at 21041 Burbank Boulevard, Woodland Hills, California 91367.

//

//

//

-2-

**IT IS FURTHER ORDERED** that Debtor's counsel, Lee M. Linson, SBN 57632, shall appear <u>personally</u> at the above-scheduled hearing. No telephonic appearance or appearance counsel is permitted at this hearing.

###

Date: October 5, 2016

Maureen A. Tighe
United States Bankruptcy Judge